IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Starszak, Michael R | Case Number: 05 B 02622 |
|---|---|---|
| | Starszak, Maritza | Judge: Squires, John H |
| | Printed: 3/11/08 | Filed: 1/27/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: March 3, 2008
Confirmed: March 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,395.00 | |
| Secured: | | 9,007.71 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,850.00 |
| Trustee Fee: | | 537.29 |
| Other Funds: | | 0.00 |
| Totals: | 11,395.00 | 11,395.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard S Bass | Administrative | 1,850.00 | 1,850.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 18,236.10 | 859.38 |
| 4. | American General Finance | Secured | 5,254.68 | 2,337.60 |
| 5. | Capital One Auto Finance | Secured | 13,062.03 | 5,810.73 |
| 6. | Premier Bankcard | Unsecured | 46.11 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 49.96 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 72.14 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 105.23 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 103.04 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 667.67 | 0.00 |
| 12. | SBC | Unsecured | 25.26 | 0.00 |
| 13. | Advanced Care Inc. | Unsecured | | No Claim Filed |
| 14. | Northwest Parishes CU | Unsecured | | No Claim Filed |
| 15. | Advocate Lutheran General Health Partner | Unsecured | | No Claim Filed |
| 16. | Advocate Lutheran General Health Partner | Unsecured | | No Claim Filed |
| 17. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 18. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 19. | Advocate Lutheran General Health Partner | Unsecured | | No Claim Filed |
| 20. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 21. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 22. | American Medical Collection | Unsecured | | No Claim Filed |
| 23. | Beneficial Illinois Inc | Unsecured | | No Claim Filed |
| 24. | Chicago Tribune | Unsecured | | No Claim Filed |
| 25. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Starszak, Michael R  
Starszak, Maritza  
Printed: 3/11/08

Case Number: 05 B 02622  
Judge: Squires, John H  
Filed: 1/27/05

| # | Creditor | Type | | Status |
|---|---|---|---|---|
| 26. | Certified Svc. | Unsecured | | No Claim Filed |
| 27. | Entertainment Weekley | Unsecured | | No Claim Filed |
| 28. | Credit Management Control | Unsecured | | No Claim Filed |
| 29. | Revenue Recovery | Unsecured | | No Claim Filed |
| 30. | Bank One | Unsecured | | No Claim Filed |
| 31. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 32. | Capital One | Unsecured | | No Claim Filed |
| 33. | Household Bank FSB | Unsecured | | No Claim Filed |
| 34. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 35. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 36. | GS Services | Unsecured | | No Claim Filed |
| 37. | Midwest Pathology | Unsecured | | No Claim Filed |
| 38. | McCormick & Company | Unsecured | | No Claim Filed |
| 39. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 40. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 41. | Victoria Dental LTD | Unsecured | | No Claim Filed |
| 42. | Medical Building Bureau | Unsecured | | No Claim Filed |
| 43. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 44. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 45. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 46. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 47. | Suburban Ear, Nose & Throat | Unsecured | | No Claim Filed |
| 48. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 49. | Transworld | Unsecured | | No Claim Filed |
| 50. | Target | Unsecured | | No Claim Filed |
| 51. | TruGreen | Unsecured | | No Claim Filed |
| 52. | W J M Dental | Unsecured | | No Claim Filed |
| 53. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |

_____  _____  
$ 39,472.22   $ 10,857.71

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 84.12 |
| 3% | 45.17 |
| 5.5% | 157.08 |
| 5% | 22.50 |
| 4.8% | 108.00 |
| 5.4% | 120.42 |
| | _____ |
| | $ 537.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Starszak, Michael R<br>  Starszak, Maritza<br>  Printed:  3/11/08 | Case Number:  05 B 02622<br>Judge:  Squires, John H<br>Filed:  1/27/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

